No. 85–32.   C & C METAL PRODUCTS CORP. ET AL. *v.* DEFIANCE BUTTON MACHINE CO.   C. A. 2d Cir.   Certiorari denied.

No. 85–33.   HEWITT, PERSONAL REPRESENTATIVE OF THE ESTATE OF HEWITT, ET AL. *v.* CITY OF TRUTH OR CONSEQUENCES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 85–36.   CEASAR *v.* MERRILL LYNCH & CO., INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–38.   MEACHUM *v.* WORTHEN BANK & TRUST CO., N. A.   Ct. App. Ark.   Certiorari denied.

No. 85–39.   WILLIAMS *v.* ARKANSAS.   Ct. App. Ark.   Certiorari denied.

No. 85–40.   MASSACHUSETTS HOSPITAL SCHOOL ET AL. *v.* STOCK, BY AND THROUGH HIS FATHER AND NEXT FRIEND, STOCK.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 85–41.   WESTIN, INC. *v.* BLC INSURANCE CO.   Ct. App. Minn.   Certiorari denied.

No. 85–45.   SANDERS *v.* MISSISSIPPI STATE BAR ASSN.   Sup. Ct. Miss.   Certiorari denied.

No. 85–48.   SUAREZ *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 1st Cir.   Certiorari denied.

No. 85–49.   PACELLA *v.* MILFORD RADIO CORP., DBA RADIO STATION WMRC, ET AL.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 85–60.   WEST GULF MARITIME ASSN. ET AL. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO.   C. A. 2d Cir.   Certiorari denied.

No. 85–61.   MCFARLAND *v.* BETHLEHEM STEEL CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.